02-10-358-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-10-00358-CV

 

 


 
 
 Michael Farris, Jr.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Richard Harvey Neuman and Karen Neuman
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion To Dismiss Without
Prejudice.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).

 

 

PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED: 
May 5, 2011









[1]See Tex. R. App. P. 47.4.